**SO ORDERED.**

**SIGNED this 15 day of September, 2009.**
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:  KAREN D. BARKLEY          #08-34598
                                  Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY Covenant Health Credit Union

No response having been filed to the Trustee's Objection to claim filed by Covenant Health Credit Union in the amount of $56,574.51, it is hereby **ORDERED** that the Trustee's Objection to the claim is hereby sustained and that the claim filed by Covenant Health Credit Union shall be disallowed except to the extent already paid by the Chapter 13 Trustee.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

# CERTIFICATE OF NOTICE

```
District/off: 0649-3          User: pipers              Page 1 of 1              Date Rcvd: Sep 16, 2009
Case: 08-34598                Form ID: pdfoObjC         Total Noticed: 4
```

The following entities were noticed by first class mail on Sep 18, 2009.
```
db           +Karen D. Barkley,    100 Forestberry St.,    Oak Ridge, TN 37830-3008
cr           +Kenneth Longmire,    3817 Knoxville Hwy.,    Wartburg, TN 37887-3021
7765289      +Covenant Health Federal Credit Union,    702 19th St.,    Knoxville, TN 37916-2304
```

The following entities were noticed by electronic transmission on Sep 16, 2009.
```
cr            E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2009 20:25:12
              Recovery Management Systems Corporation,    25 SE 2nd Ave,    Suite 1120,    Miami, FL 33131-1605
                                                                                                  TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Covenant Health Federal Credit Union,    702 19th Street,    Knoxville, TN 37916-2304
                                                                                                  TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2009**          Signature:  *Joseph Speetjens*